[No. 10544-6-II.  Division Two.  August 19, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. KEVIN NEAL BIALKOSKI, *Appellant.*

· Appeal from a judgment of the Superior Court for Grays Harbor County, No. 86-1-00148-7, Robert L. Charette, J., entered December 1, 1986. *Affirmed* by unpublished opinion per Reed, C.J., concurred in by Worswick and Alexander, JJ.

[No. 10583-7-II.  Division Two.  August 19, 1988.]

DONALD DAHL, *Appellant,* v. JER–ED, INC., ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Thurston County, No. 85-2-00120-3, Daniel J. Berschauer, J., entered December 17, 1986. *Affirmed* by unpublished opinion per Reed, C.J., concurred in by Worswick and Alexander, JJ.

[No. 10724-4-II.  Division Two.  August 19, 1988.]

RALPH FELLHAUER, *Appellant,* v. EUGENE GRAFF, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Pierce County, No. 84-2-00680-9, J. Kelley Arnold, J., entered January 5, 1987. *Reversed* by unpublished opinion per Petrich, J., concurred in by Reed, C.J., and Worswick, J.